# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR E. NORTHERN, | No. 4:18-CV-01384 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SUSQUEHANNA UNIVERSITY, et al., | |
| Defendants. | |

## ORDER

### JANUARY 10, 2019

On July 12, 2018, Plaintiff Victor E. Northern filed a complaint against Defendants. Defendants moved to dismiss that complaint on September 11, 2018.

On December 19, 2018, Magistrate Judge Martin C. Carlson recommended granting Defendants' motion and dismissing Mr. Northern's complaint without prejudice. Objections to this Report and Recommendation were due by January 2, 2019, but none were filed.

This Court has reviewed Magistrate Judge Carlson's Report and Recommendation and finds "no clear error on the face of the record."[1] Therefore, **IT IS HEREBY ORDERED** that:

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

1. Magistrate Judge Carlson's Report and Recommendation, ECF No. 31, is **ADOPTED IN ITS ENTIRETY**.

2. Defendants' Motion to Dismiss, ECF No. 14, is **GRANTED**.

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

4. Within 28 days of the date of this Order, Plaintiff may file an amended complaint to correct the deficiencies in his current complaint, as identified by Magistrate Judge Carlson in the Report and Recommendation.

5. If Plaintiffs does not file an amended complaint within 28 days of the date of this Order, the Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge